Case 3:23-cr-05062-DGE    Document 4    Filed 02/09/23    Page 1 of 7

FILED _____ LODGED
_____ RECEIVED
FEB 09 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

Magistrate Judge Karen L. Strombom

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   MJ23-5040 |
| Plaintiff, | COMPLAINT for VIOLATION |
| v. | Title 18, United States Code, Section 922(g)(1) |
| JASON HINDMAN, | |
| Defendant. | |

BEFORE, KAREN L. STROMBOM, United States Magistrate Judge, United States Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about February 8, 2023, in Pierce County, within the Western District of Washington, JASON HINDMAN, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

*Felon in Possession of a Firearm,* in United States District Court Western District of Washington, under case number 3:10cr5269RBL-001, on or about July 7, 2010;

COMPLAINT/HINDMAN - 1

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Ruger, Mini-14, 5.56mm, rifle, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

I, Michael Kiley, being first duly sworn on oath, depose and say:

**Affiant Background**

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. I am a Special Agent (SA) with the Federal Bureau of Investigation. I attended a 20-week basic field training course at the FBI Academy, which includes intensive firearms training. I am currently assigned to the Tacoma Resident Agency, in Tacoma, Washington, where I am assigned to the South Sound Joint Terrorism Task Force. In this capacity, I enforce federal criminal laws relating to acts of domestic terrorism under state and federal law. Currently, I am tasked with investigating criminal activity related to weapons of mass destruction.

3. During my professional training and experience, I have both assisted in and conducted investigations into firearms violations, including investigations involving prohibited persons. I have also consulted with other investigators who have seized firearms believed to be possessed by prohibited persons. I have also participated in undercover operations and in the execution of search warrants at locations associated with these individuals. During the execution of search warrants, I have participated in the recovery of evidence related to firearms violations. Through this experience and training and based upon the experience of other Special Agents which has been relayed to me, I

COMPLAINT/HINDMAN - 2

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

have become familiar with the modus operandi of illegal possessors of firearms and explosives as enumerated herein.

4.    When this Affidavit refers to identification documents, either I or other agents involved in the investigation have reviewed the relevant driver license or similar records maintained by DOL or the equivalent agencies in other states. When I refer to the criminal history of a subject, either I or other agents involved in the investigation have reviewed the available criminal history from state or federal agencies. When I refer to beliefs or suspicions held by investigators, these beliefs or suspicions are based upon training and experience.

5.    When providing summaries of events and surveillance observations/operations, all the times listed are approximate.

6.    This affidavit is made based upon my personal knowledge, training, experience and investigation, as well as upon information provided to me and my review of reports prepared by other law enforcement personnel. This affidavit is made for the purpose of establishing probable cause for this Complaint and thus does not include each and every fact known to me concerning this investigation.

### Summary of Investigation

7.    On December 30, 2021, Bomb Technician Detective (Det.) Jimmy Welsh of the Tacoma Police Department (TPD) received a report from TPD Community Liaison Officers regarding a subject possibly making homemade explosives. TPD Community Liaison Officers informed TPD Det. Welsh that they had numerous complaints of a subject residing at 9212 S. Alaska Street Tacoma, WA 98444. Det. Welsh reviewed police reports related to 9212 S. Alaska Street Tacoma, WA 98444 for additional information. Det. Welsh learned that on July 3, 2020, TPD Officers had conducted an investigation regarding fireworks at 9212 S. Alaska Street Tacoma, WA 98444. At that time, TPD Police Officer M. Benboe went to the 9212 S. Alaska Street residence. HINDMAN answered the door. Officer Benboe interviewed HINDMAN, and he admitted to filling bottles with compressed air and shooting them to make them explode.

COMPLAINT/HINDMAN - 3

8.     TPD reported that from January 1, 2021 to December 29, 2021, law enforcement received five reports of explosions or fireworks coming from the residence at 9212 S. Alaska Street. TPD noted that the complaints regarding the explosions were described as "powerful enough to rattle the doors and windows to nearby houses."

9.     TPD was advised by residents in the area that HINDMAN was posting videos of the explosives on his Facebook account. TPD located and reviewed the Facebook Account by searching for "JASON HINDMAN." TPD located a video dated "Jan 23" with the header "JASON HINDMAN FOLLOW." TPD advised that the header of the video read "Homemade booster rocket with 6 ounce high explosive warhead."

10.    TPD reported that on November 18, 2022, through law enforcement surveillance, HINDMAN was observed exiting the front entrance of 9212 S. Alaska Street, placing a device on the ground, and lighting what appeared to be a fuse. The device was then seen emitting a bright light which was glowing. As HINDMAN walked away from the device it continued to flash brightly. Suddenly, there was a bright sustained flash coming from the device indicating that there was a reaction resulting in an intense burning. Smoke could be seen coming from the device while the intense burning continued. Intense burning of the device persisted for 2 minutes and 5 seconds. TPD Bomb Technicians assessed the device fusing and reaction and determined that the device was not consistent with legal commercial fireworks.

11.    TPD reported that on November 19, 2022, through law enforcement surveillance, HINDMAN was observed exiting the front of 9212 S. Alaska Street and walking across the yard to a power transmission pole just north of the residence. HINDMAN looked around, then bent down and appeared to place something at the base of the power transmission pole. The base of the pole was just out of view, however a bright flash could be seen coming from the area where the device appeared to be placed. The flash of the device was reflected on HINDMAN's face. The flash appeared consistent with someone lighting something as it flickered. As HINDMAN walked away, the location where he set the device began burning based on bright flashes of light and

COMPLAINT/HINDMAN - 4

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

visible smoke. Shortly after, intense burning increased and continued for a significant period of time with large clouds of smoke coming from the device. HINDMAN stood back near the front of the residence and observed the device burn. TPD Bomb Technicians assessed the device reaction and determined it was not consistent with legal commercial fireworks.

12.    TPD reported that on November 21, 2022, through law enforcement surveillance, HINDMAN was again observed exiting the front of 9212 S. Alaska Street and walking across the yard to a power transmission pole just north of the residence. HINDMAN walked directly to the power pole and appeared to place a device directly at the bottom of the power pole. While reaching down near the device, there were several quick flashes seen as though HINDMAN was lighting something. HINDMAN then went back into the residence before walking up to the device he placed at the bottom of the power pole. HINDMAN reached down and appeared to manipulate the device and then walked away and watched it. After a short period of time, HINDMAN re-approached the device and appeared to ignite the device. HINDMAN then walked away and watched the device until it began to burn. Suddenly the device began to burn intensely, with large emissions of smoke, fire, and bright flashes of light seen coming from the device. TPD Bomb Technicians assessed the device fusing and reaction and determined that the device was not consistent with legal commercial fireworks.

13.    On February 6, 2023, Judge Timothy Ashcraft in Pierce County Superior Court authorized a search warrant to search 9212 S. Alaska Street, Tacoma, WA 98444, believed to be the primary residence of HINDMAN, to search for evidence and/or fruits of the commission of the following crimes: malicious placement of an explosive in the 2nd degree in violation of RCW 70.74.270; and failing to obtain a license required to manufacture, purchase, sell, use, possess, transport, or store explosives in violation of RCW 70.74.022.

14.    On February 8, 2023, TPD detectives executed the state search warrant at 9212 S. Alaska Street, Tacoma, WA 98444. While executing the search for evidence

COMPLAINT/HINDMAN - 5

supporting the allegations, detectives found mail addressed to HINDMAN at the 9212 S. Alaska Street address. In a bedroom believed to be HINDMAN's bedroom, detectives found male clothes, a wallet with HINDMAN's identification, and prescription medication for HINDMAN. They also located a firearm in HINDMAN's bedroom. The Ruger, Mini-14, 5.56 caliber, rifle, was loaded with a round in the chamber and a magazine inserted into the magazine weld. Near the firearm was a plate carrier containing ballistic plates and three 30-round magazines in pouches. A green military-style ammo can with loose 5.56 rounds was located in the bedroom near the rifle. A black mask with "SS" bolts was located near the firearm in HINDMAN's bedroom. TPD detectives immediately notified your affiant that HINDMAN, a prohibited person, was in possession of a firearm.

15.    On or about February 9, 2023, ATF Special Agent Brian Arnold has reviewed photographs of the Ruger, Mini-14, 5.56 caliber, rifle, seized from Hindman's house. Based on SA Arnold's knowledge and experience as a certified Interstate Nexus Expert, he determined that the above-referenced rifle is a "firearm" as defined by federal law and was manufactured in a state other than the State of Washington. As a result, the firearms must have traveled in, and thereby affected, interstate or foreign commerce, in order to be received or possessed in the State of Washington.

16.    I have reviewed HINDMAN's criminal history and observed he has at least one felony conviction punishable by imprisonment for a term exceeding one year, which would federally prohibit him from possessing firearms. The conviction is the following:

*Felon in Possession of a Firearm*, in United States District Court Western District of Washington, under case number 3:10cr5269RBL-001, on or about July 7, 2010;

17.    A review of the Judgment in the 2010 case indicates that HINDMAN pleaded guilty to the charges and was sentenced to 18 months imprisonment and 36 months of supervised release. After review of the docket for this case, it appears that

COMPLAINT/HINDMAN - 6

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

HINDMAN was present for the sentencing hearing held on May 4, 2011, when the court imposed a sentence of 18 months in custody. Dkt. 47.

18. Based on the above facts, I respectfully submit that there is probable cause to believe that Jason HINDMAN committed the aforementioned crime.

19. I am submitting this Affidavit and Application electronically in accordance with Local Criminal Rule 41(d)(3).

Michael Kiley, Complainant
Special Agent
FBI

The above-named agent provided a sworn statement to the truth of the foregoing Complaint and Affidavit by videoconference. Based on the contents of this Affidavit, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 9th day of February 2022.

KAREN L. STROMBOM
United States Magistrate Judge

COMPLAINT/HINDMAN - 7

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970